UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 21-1309-JGB (KKx)** | Date | April 29, 2022 |
| Title | *Silent Valley Club, Inc. v. Bond Shands* | | |

| Present: The Honorable | KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE |
|---|---|

| DONNISHA BROWN | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **ORDER for Defendant Bond Shands and Defense Counsel to Show Cause Why Sanctions Should Not be Entered for Failure to File Confidential Settlement Conference Statement and VACATING the May 5, 2022 Settlement Conference**

On January 28, 2022, this matter was referred to the assigned Magistrate Judge for a settlement conference to be completed no later than March 27, 2023. ECF Docket No. ("Dkt.") 16. On March 2, 2022, the Court issued an Order Regarding Settlement Conference, scheduling the settlement conference for May 5, 2022, and ordering the parties to submit Confidential Settlement Conference Statements five court days prior to the date of the settlement conference. Dkt. 17. The parties' confidential settlement briefs were, thus, due on April 28, 2022.

On April 28, 2022, the Court received Plaintiff's Confidential Settlement Conference Statement. The Court, however, has still not received a Confidential Settlement Conference Statement from defendant Bond Shands ("Defendant").

The Court, therefore, ORDERS Defendant and defense counsel, Bandon Anthony Jansen, to show cause why they should not be sanctioned in the amount of $500 jointly and severally for their failure to comply with the Court's order. Accordingly, the settlement conference scheduled for May 5, 2022 is hereby VACATED and Defendant and defense counsel shall respond in writing to this Order to Show Cause no later than **4:00 p.m. on Wednesday, May 4, 2022**.

**IT IS SO ORDERED.**